**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **JACK TEIXEIRA**, | § | |
| | § | Civil Action No. 26-cv-02158-CNS-MDB |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| **FEDERAL BUREAU OF PRISONS** and | § | |
| **TODD BLANCHE**, in his official capacity | § | |
| as Acting Attorney General of the United | § | |
| States, | § | |
| | § | |
| Defendants. | § | |

### *EX PARTE* MOTION TO CONTINUE INITIAL CASE DEADLINES

Plaintiff Jack Teixeira respectfully moves the Court for a continuance of initial case deadlines, including the July 8, 2026, deadline to file a Proposed Scheduling Order, and in support thereof states as follows:

1. Defendants have not yet entered an appearance or answered the Complaint in this matter.

2. Defendants' deadline to answer the Complaint or file a motion to dismiss is July 27, 2026.

3. In compliance with Paragraph (15) of the Court's Order Setting Initial Case Deadlines issued June 8, 2026 (ECF No. 9), Plaintiff promptly served that Order upon Defendants, with service complete by June 18, 2026.

4. Plaintiff has not yet received any communication from Defendants indicating who will be representing them. Plaintiff thus has no means of consulting with opposing counsel prior to filing this motion.

1

5.      Plaintiff's position is that the Court should wait until Defendants answer, or at least enter appearances, before setting initial case deadlines.

Thus, for the foregoing reasons, Plaintiff respectfully asks the Court to suspend the July 8, 2026, deadline for a proposed scheduling order and continue all other initial case deadlines.

**Date**:   July 6, 2026                                      Respectfully submitted,

                                                                         /s/   Kyle Singhal
                                                                         Kyle Singhal
                                                                         D.C. Bar No. 1601108
                                                                         *Counsel for Plaintiff*
                                                                         Hopwood & Singhal PLLC
                                                                         1701 Pennsylvania Ave., N.W. #200
                                                                         Washington, DC 20006
                                                                         (202) 769-4080
                                                                         kyle@hopwoodsinghal.com

2