# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02158-CNS-MDB

JACK TEIXEIRA,

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, and
TODD BLANCHE, in his official capacity as Acting Attorney General of the United
States,

      Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I

appear in this case as counsel for Defendants Federal Bureau of Prisons and Todd

Blanche.

Dated: July 24, 2026.

Respectfully submitted,

PETER MCNEILLY
United States Attorney

s/ Nicholas A. Deuschle
**Nicholas A. Deuschle**
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0411
Email: nick.deuschle@usdoj.gov

2

Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that, on July 24, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ Nicholas A. Deuschle
**Nicholas A. Deuschle**
United States Attorney's Office