**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02158-CNS-MDB

JACK TEIXEIRA,

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, and
TODD BLANCHE, in his official capacity as Acting Attorney General of the United
States,

      Defendants.

---

**UNOPPOSED MOTION FOR FOURTEEN-DAY EXTENSION OF TIME TO RESPOND
TO THE COMPLAINT (ECF No. 1)**

---

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and CNS Civ. Practice Standard 6.1A,

Defendants respectfully move for a 14-day extension of time, through August 10, 2026,

to file a response to the Complaint, ECF No. 1. Good cause supports the requested

extension.

1.      In this action, Plaintiff Jack Teixeira alleges that Defendants improperly

placed him on a Special Administrative Measure (SAM), restricting his communications

while in the custody of the Federal Bureau of Prisons. *See* ECF No. 1.

2.      Defendants were served with the Complaint on May 26, 2026. Therefore,

Defendants' deadline to respond to the Complaint is July 27, 2026. *See* Fed. R. Civ. P.

12(a)(2) (requiring a response to a complaint against a federal agency within 60 days of

service).

3.      Defendants respectfully request a 14-day extension of time, through August 10, 2026, to respond to the Complaint, ECF No. 1.

4.      Good cause supports the requested extension. Undersigned counsel was assigned to this action on July 9, 2026. On July 9, 2026, undersigned counsel was on planned scheduled leave through July 20, 2026. With that return to work on July 20, undersigned counsel has not yet had the opportunity to review Plaintiff's Complaint, discuss the Complaint with counsel for BOP, research applicable case law, or prepare a response to the Complaint. Given those limitations, undersigned counsel requires a modest extension of time to prepare a response to the Complaint. More specifically, Defendants will need to prepare a substantive response to the Complaint, which will require addressing Plaintiff's three separate legal challenges to his SAM. An adequate legal response will assist the Court in evaluating Plaintiff's arguments. In short, because of the recent assignment of this action to undersigned counsel, Defendants respectfully submit that they will need additional time to prepare their response to the Complaint.

5.      Pursuant to D.C.COLO.LCivR 6.1(b), undersigned counsel certifies that Defendants have not previously sought any extensions of their deadline to respond to the Complaint.

6.      Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel will serve this motion on an agency representative for Defendants.

7.      Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel conferred with counsel for Plaintiff, and counsel for Plaintiff stated that Plaintiff does not oppose this Motion.

Accordingly, Defendants respectfully request that the Court issue an order

granting Defendants a 14-day extension of time, through August 10, 2026, to respond to

the Complaint, ECF No. 1.


Dated: July 24, 2026.                          Respectfully submitted,

                                               PETER MCNEILLY
                                               United States Attorney

                                               s/ Nicholas A. Deuschle
                                               **Nicholas A. Deuschle**
                                               Assistant United States Attorney
                                               1801 California Street, Suite 1600
                                               Denver, Colorado 80202
                                               Telephone: (303) 454-0100
                                               Fax: (303) 454-0411
                                               Email: nick.deuschle@usdoj.gov

                                               Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 24, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Pursuant to CNS Civ. Practice Standard 6.1A(c), on July 24, 2026, I also served the foregoing on Megan Marlow, counsel for the Federal Bureau of Prisons, via email.

s/ Nicholas A. Deuschle

**Nicholas A. Deuschle**
United States Attorney's Office